# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GARY C. BERTRAND AND MELISSA P.
BERTRAND

NO.  2020 CW 0199
c/w  2020 CW 0200

VERSUS

GLENN J. PATRICK; AIG PROPERTY
CASUALTY COMPANY; AND LOUISIANA
FARM BUREAU CASUALTY INSURANCE
COMPANY

Consolidated With

**APR 2 8 2020**

LISA SIMPSON AND LESTER SIMPSON

VERSUS

GLENN PATRICK, AIG PROPERTY
CASUALTY COMPANY AND STATE FARM
MUTUAL INSURANCE COMPANY

---

In Re:   Glenn  Patrick  and  AIG  Property  Casualty  Company,
         applying for supervisory writs, 18th Judicial District
         Court, Parish of Iberville, No. 77,752 c/w 77,774

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT  DENIED.**   The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**TMH
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT